UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America
                    Government,

                    Before Judge : **Paul E. Davison, U.S.M.J**

      against-            Case Number: 20M606

Dustin Walker
                Defendant(s)
------------------------------------------------------------X

**TO THE U.S. MARSHAL:**

The Court directs the U.S. Marshal to transport Dustin Walker to the District of Columbia by Wednesday 1/22/2020

Dated: January 16, 2020
White Plains, NY

SO ORDERED

Paul E. Davison
United States Magistrate Judge